UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-61804-CIV-SINGHAL/STRAUSS

WILLIANNE ETIENNE,

    Plaintiff,

vs.

REKA BEANE et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon the Report and Recommendation of Magistrate Judge Jared Strauss (DE [8]). Judge Strauss issued a Report and Recommendation (DE [8]) on October 15, 2025, recommending that the Complaint be dismissed for several reasons which include the fact that Plaintiff, *pro se*, has failed to state a claim on which relief may be granted. Judge Strauss gave Plaintiff clear instructions as to the deficiencies of her Complaint, and an opportunity to amend the Complaint, as well as instructions on proceeding *in forma pauperis* or paying a filing fee. Plaintiff did file an Amended Complaint (DE [6]) but in that pleading not only failed to follow Judge Strauss' well-articulated instructions, but also made the Complaint worse. The Amended Complaint named additional defendants, attempted to bring a state law-based conversion claim, and now alleged diversity jurisdiction without alleging citizenship of the individual defendants. This may be because the original Complaint alleged that both Plaintiff and the individual Defendant were Florida citizens and therefore not diverse.

In any case, this Court has reviewed the entire file and record and has made a *de novo* review of the issues.  There are insufficient facts in the Amended Complaint to support the allegations.  No plausible claim has been properly alleged.  No federal jurisdiction has been established.  And no objections to the magistrate judge's Report and Recommendation have been filed.  Thus, it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [6]) is **AFFIRMED** and **ADOPTED**.  This action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of October 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and via U.S. Mail to:

Willianne Etienne
6232 NW 36th Avenue
Coconut Creek, FL 33073